UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Terry L. Branson, | Case No. 24-cv-4644 (PJS/DLM) |
| Plaintiff, | |
| v. | |
| Tim Walz, State of Minnesota Governor; Keith Ellison, Minnesota Attorney General; Jodi Harpstead, Commissioner for the Minnesota Department of Human Services; Marshall Smith, Department of Health Systems Chief Executive Officer; Nancy Johnston, Chief Executive Officer Minnesota Sex Offender Program; Paul Schnell, Commissioner for the Minnesota Department of Corrections; John and/or Jane Doe, unknown number of defendants, all in their individual and official capacities; State of Minnesota; Minnesota Department of Human Services, DHS; Minnesota Department of Corrections, DOC; and Minnesota State Hospital, MSOP, | **ORDER ON REPORT AND RECOMMENDATION** |
| Defendants. | |

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

1

2

1. The Report and Recommendations (Doc. 6) is **ADOPTED**; and

2. This action is action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 11, 2025                     *s/Patrick J. Schiltz*_____
                                          PATRICK J. SCHILTZ
                                          Chief Judge United States District Court